JOHN W. HUBER, United States Attorney (#7226)
AMY JONES, Special Assistant United States Attorney (#12132)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801) 524-5682
Email:  amy.jones2@usdoj.gov



FILED
U.S. DISTRICT COURT

2018 SEP 27 P 2: 34

DISTRICT OF UTAH

BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN WILLIAM HAYES, <br><br> Defendant. | INDICTMENT <br><br> VIOLATIONS: <br><br> Count I: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute <br><br> Count II: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition <br><br> Count III: 21 U.S.C. § 844(a), Possession of Heroin <br><br> Case: 2:18-cr-00444 <br> Assigned To : Waddoups, Clark <br> Assign. Date : 9/27/2018 <br> Description: |

The Grand Jury Charges:

### COUNT I
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Methamphetamine)

On or about September 9, 2018, in the Central Division of the District of Utah,

JONATHAN WILLIAM HAYES,

the defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT II
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about September 9, 2018, in the Central Division of the District of Utah,

### JONATHAN WILLIAM HAYES,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock .45 firearm and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT III
21 U.S.C. § 844(a)
(Possession of Heroin)

On or about September 9, 2018, in the Central Division of the District of Utah,

### JONATHAN WILLIAM HAYES,

the defendant herein, did knowingly and intentionally possess Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 844(a).

## NOTICE OF INTENT TO SEEK FORFEITURE

As a result of committing the felony offenses in Count II of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms

involved in or used in any knowing violation of 18 U.S.C. § 924(c)(1)(A) including, but not limited to, a Glock .45 firearm, listed in Count II, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney


_____
AMY JONES
Special Assistant United States Attorney